UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY G. O'HAVER,

        Petitioner,

v.

VINCENTE M. RUIZ,

        Respondent.

CASE NO. C15-5797 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

      (1)    The Court adopts the Report and Recommendation.

      (2)    The Court finds that petitioner failed to show that the state appellate courts' adjudication of grounds 1 (sub-part 2); 3 (sub-part 2), 6 and 9 was contrary to, or an unreasonable application of, clearly established federal law and are dismissed.

      (3)    Petitioner failed to fairly present grounds 1 (sub-part 1), 2, 3 (sub-part 1), 4, 5, 7, 8, 10, 11 and 12 under federal law by invoking one complete round of Washington state court

appellate review and therefore, has not exhausted his state remedies as to these grounds for relief. Furthermore, petitioner's grounds 1 (sub-part 1), 2, 3 (sub-part 1), 4, 5, 7, 8, 10, 11 and 12 are time-barred under Washington law and petitioner does not demonstrate cause and prejudice or a fundamental miscarriage of justice; therefore, grounds 1 (sub-part 1), 2, 3 (sub-part 1), 4, 5, 7, 8, 10, 11 and 12 are procedurally barred. Accordingly, grounds 1 (sub-part 1); 2; 3 (sub-part 1), 4, 5, 7, 8, 10, 11 and 12 are unexhausted and procedurally barred.

    (4)    The Court denies the issuance of a certificate of appealability.

    (4)    Petitioner's motion to appoint counsel (Dkt. 11) is denied as moot.

**DATED** this 14th day of March, 2016.

_____
Ronald B. Leighton
United States District Judge